**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *csanders@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 108724

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GINAS,<br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>ARS NATIONAL SERVICES, INC.,<br>　　　　　　Defendant. | Docket No: 3:15-cv-00935-AJB-JMA<br><br>**NOTICE OF SETTLEMENT** |

TO THE CLERK:

　　　PLEASE TAKE NOTICE that the parties have settled this action.

Dispositional documents will be filed within sixty (60) calendar days.

DATED: July 20, 2015

　　　　　　　　　　　**BARSHAY SANDERS, PLLC**

　　　　　　　　　　　By:/s Craig B. Sanders _____
　　　　　　　　　　　Craig B. Sanders, Esq.
　　　　　　　　　　　BARSHAY SANDERS, PLLC
　　　　　　　　　　　100 Garden City Plaza, Suite 500
　　　　　　　　　　　Garden City, New York 11530
　　　　　　　　　　　Tel: (516) 203-7600
　　　　　　　　　　　Fax: (516) 706-5055
　　　　　　　　　　　*csanders@BarshaySanders.com*
　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　Our File No.: 108724