# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Ginas, <br><br>　　　　　　Plaintiff, <br><br>-against- <br><br> ARS National Services, Inc., <br><br>　　　　　　Defendant. | Case No. 3:15-cv-00935-AJB-JMA <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))** <br><br> (Doc. No. 12) |

Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Christopher Ginas and Defendant ARS National Services, Inc., IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED: September 2, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge